B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Auburn Trace, Ltd** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**65-0091524** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**777 E. Atlantic Ave, Suite 200**<br>**Delray Beach, FL**<br>ZIP Code **33483** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                 of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**  
■ Debtor estimates that funds will be available for distribution to unsecured creditors.  
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,  
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Auburn Trace, Ltd |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Auburn Trace, Ltd**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

**X**  /s/ Bradley S. Shraiberg
Signature of Attorney for Debtor(s)

 Bradley S. Shraiberg 121622
Printed Name of Attorney for Debtor(s)

 Shraiberg, Ferrara, & Landau P.A.
Firm Name

 2385 NW Executive Center Dr
 Suite 300
 Boca Raton, FL 33431
Address

            **Email: bshraiberg@sfl-pa.com**
 561 443 0800  Fax: 561 998 0047
Telephone Number

 January  7, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Brian J. Hinners
Signature of Authorized Individual

 Brian J. Hinners
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 January  7, 2015
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Auburn Trace, Ltd**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A-Rite Way, Inc.<br>PO Box 372846<br>Satellite Beach, FL 32937 | A-Rite Way, Inc.<br>PO Box 372846<br>Satellite Beach, FL 32937 | | | 660.00 |
| Bermuda Landscape & Desine, Inc.<br>10689 Heritage Blvd<br>Lake Worth, FL 33449 | Bermuda Landscape & Desine, Inc.<br>10689 Heritage Blvd<br>Lake Worth, FL 33449 | | | 3,401.06 |
| England Logistics<br>PO Box 4134<br>Fort Lauderdale, FL 33338 | England Logistics<br>PO Box 4134<br>Fort Lauderdale, FL 33338 | | | 52.88 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | | | 367.92 |
| For Rent Magazine<br>PO Box 209066<br>Dallas, TX 75320-9066 | For Rent Magazine<br>PO Box 209066<br>Dallas, TX 75320-9066 | | | 755.00 |
| HD Supply<br>PO Box 509058<br>San Diego, CA 92150-9058 | HD Supply<br>PO Box 509058<br>San Diego, CA 92150-9058 | | | 500.12 |
| Home Depot Credit Services<br>PO Box 9055<br>Des Moines, IA 50368-9055 | Home Depot Credit Services<br>PO Box 9055<br>Des Moines, IA 50368-9055 | | | 159.18 |
| Hulett Environmental Services<br>PO Box 220928<br>West Palm Beach, FL 33422-0928 | Hulett Environmental Services<br>PO Box 220928<br>West Palm Beach, FL 33422-0928 | | | 475.00 |
| Mobile Mini Inc.<br>PO Box 740773<br>Cincinnati, OH 45274-0773 | Mobile Mini Inc.<br>PO Box 740773<br>Cincinnati, OH 45274-0773 | | | 328.38 |
| OTA Services, LLC<br>PO Box 7576<br>Sebring, FL 33872 | OTA Services, LLC<br>PO Box 7576<br>Sebring, FL 33872 | | | 608.83 |
| PPG Architectural Finishes<br>PO Box 536864<br>Atlanta, GA 30353 | PPG Architectural Finishes<br>PO Box 536864<br>Atlanta, GA 30353 | | | 645.59 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Auburn Trace, Ltd**                                    Case No.
                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Resite Online<br>ATTN: Billing Dept.<br>201 E. City Hall Ave, #500<br>Norfolk, VA 23510 | Resite Online<br>ATTN: Billing Dept.<br>201 E. City Hall Ave, #500<br>Norfolk, VA 23510 | | | 99.00 |
| Small Business Administration<br>PO Box 740192<br>Atlanta, GA 30374-0192 | Small Business Administration<br>PO Box 740192<br>Atlanta, GA 30374-0192 | | | 1,747.00 |
| Sullivan Electric & Pump, Inc.<br>2115 7th Ave, North<br>Lake Worth, FL 33461 | Sullivan Electric & Pump, Inc.<br>2115 7th Ave, North<br>Lake Worth, FL 33461 | | | 2,371.79 |
| Sunshine Communication Services<br>159 Madeira Ave<br>Miami, FL 33134 | Sunshine Communication Services<br>159 Madeira Ave<br>Miami, FL 33134 | | | 85.00 |
| The Lake Doctors<br>3523 State Rd. 419<br>Winter Springs, FL 32708 | The Lake Doctors<br>3523 State Rd. 419<br>Winter Springs, FL 32708 | | | 75.00 |
| The Praxis Group, Inc.<br>435 NE 6th Street<br>Boca Raton, FL 33432 | The Praxis Group, Inc.<br>435 NE 6th Street<br>Boca Raton, FL 33432 | | | 24,000.00 |
| Waste Management<br>PO Box 105453<br>Atlanta, GA 30348-5463 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30348-5463 | | | 215.43 |
| WL General Services<br>4923 Concordia Ln<br>Boynton Beach, FL 33436 | WL General Services<br>4923 Concordia Ln<br>Boynton Beach, FL 33436 | | | 120.00 |
| Worldstar Restoration<br>PO Box 530991<br>Lake Park, FL 33403 | Worldstar Restoration<br>PO Box 530991<br>Lake Park, FL 33403 | | | 365.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January  7, 2015**                        Signature   **/s/ Brian J. Hinners**
                                                              **Brian J. Hinners**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Auburn Trace, Ltd**                                  Case No. 
                                       Debtor(s)                  Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  7, 2015**                     **/s/ Brian J. Hinners**
                                                             **Brian J. Hinners**/**President**
                                                             Signer/Title

```
A-Rite Way, Inc.
PO Box 372846
Satellite Beach, FL 32937


Auburn Group Company, LLC
777 E. Atlantic Ave, Suite 200
Delray Beach, FL 33483


Bermuda Landscape & Desine, Inc.
10689 Heritage Blvd
Lake Worth, FL 33449


Brian Hinners
777 E. Atlantic Ave, Suite 200
Delray Beach, FL 33483


City of Delray Beach
100 NW 1st Ave
New Iberia, LA 70562-2440


England Logistics
PO Box 4134
Fort Lauderdale, FL 33338


First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917


Florida Affordable Housing, Inc.
777 E. Atlantic Ave, Suite 200
Delray Beach, FL 33483


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


For Rent Magazine
PO Box 209066
Dallas, TX 75320-9066


HD Supply
PO Box 509058
San Diego, CA 92150-9058
```

Home Depot Credit Services
PO Box 9055
Des Moines, IA 50368-9055


Hulett Environmental Services
PO Box 220928
West Palm Beach, FL 33422-0928


IberiaBank
PO Box 12440
New Iberia, LA 70562-2440


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Mobile Mini Inc.
PO Box 740773
Cincinnati, OH 45274-0773


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Orion Bank
4280 Professional Center Drive
Palm Beach Gardens, FL 33410


Orion Bank
605 North Olive Ave
West Palm Beach, FL 33401


Orion Bank
631 US Highway One, Suite 411
North Palm Beach, FL 33408

```
Orion Bank
c/o Nason, Yeager, Gerson, White
& Lioce, P.A.
1645 Palm Beach Lakes Blvd, Ste 1200
West Palm Beach, FL 33401


Orion Bank
c/o Carl V. Romano
Broad and Cassel
One North Clematis Street, Ste 500
West Palm Beach, FL 33401


Orion Bank
c/o Nason Yeager, Gerson, White
& Lioce, P.A.
1645 Palm Beach Lakes Blvd, Ste 1200
West Palm Beach, FL 33401


OTA Services, LLC
PO Box 7576
Sebring, FL 33872


Palm Beach County Tax Collector
301 North Olive Ave
West Palm Beach, FL 33401


Palm Beach County Tax Collector
PO Box 3353
West Palm Beach, FL 33402-3353


PPG Architectural Finishes
PO Box 536864
Atlanta, GA 30353


Resite Online
ATTN: Billing Dept.
201 E. City Hall Ave, #500
Norfolk, VA 23510


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131
```

```
Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192


Spok, Inc.
PO Box 660324
Dallas, TX 75266-0324


Sullivan Electric & Pump, Inc.
2115 7th Ave, North
Lake Worth, FL 33461


Sunshine Communication Services
159 Madeira Ave
Miami, FL 33134


The Lake Doctors
3523 State Rd. 419
Winter Springs, FL 32708


The Praxis Group, Inc.
435 NE 6th Street
Boca Raton, FL 33432


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


US Small Business Administration
2120 River Front Drive #100
Little Rock, AR 72202


Waste Management
PO Box 105453
Atlanta, GA 30348-5463


WL General Services
4923 Concordia Ln
Boynton Beach, FL 33436
```

```
Worldstar Restoration
PO Box 530991
Lake Park, FL 33403
```