# United States Bankruptcy Court
## Southern District of Florida

In re  **Auburn Trace, Ltd**  ,  
Debtor

Case No. **15-10317**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Auburn Trace Joint Venture**<br>**777 E. Atlantic Ave, Suite 200**<br>**Delray Beach, FL 33483** | **General Partner** | | **1%** |
| **Brian J. Hinners**<br>**777 E. Atlantic Ave, Suite 200**<br>**Delray Beach, FL 33483** | **Ltd. Partner** | | **99%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January  7, 2015**

Signature  **/s/ Brian J. Hinners**  
**Brian J. Hinners**  
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C §§  152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders