UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUBURN TRACE, LTD.                                      Chapter 11

       Debtor.                                              Case No.: 15-10317-PGH

_____/

## CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the debtor-in-possession, Auburn Trace, Ltd. (the "**Debtor**"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

     1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **January 7, 2015.**

     2.    Names, case numbers and dates of filing of related debtors:  **Not Applicable.**

     3.    Description of Debtor's business:  **The Debtor is a Florida limited partnership that owns affordable apartment homes in Delray Beach, Florida.**

     4.    Locations of debtor's operations and whether the business premises are leased or owned:  **The Debtor's principal address is 777 East Atlantic Avenue, #200, Delray Beach, FL 33483. The Debtor owns the Real Property located at 625 Auburn Circle W., Delray Beach, Florida 33444.**

     5.    Reasons for filing chapter 11:  **The Debtor's primary asset is the Real Property that is encumbered by a lien in favor of Iberia Bank. The loan matured on June 14, 2014 and the Debtor does not presently have the funds to pay the total outstanding loan balance in full. The Debtor's attempted negotiations with Iberia Bank to extend the maturity date have been unsuccessful. Thus, the Debtor filed this case to give it the opportunity to continue operations, restructure its secured debt, maximize the value of its assets, and provide a distribution to creditors.**

     6.    List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:  **The Debtor's owners are as follows: Brian J. Hinners (99% - General Partner); and Auburn Trace Joint Venture (1% - Limited Partner). During the one year period prior to the Petition Date, Brian J. Hinners's salary and benefits during the one year period prior to the Petition Date totaled $0.00; and Auburn Trace Joint Venture's salary and benefits during the one year period prior to the Petition Date totaled $0.00.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **The Debtor's estimated gross income for 2014 was approximately $1,550,588.44 and for 2013 was $1,733,999.00.**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:
      i. **$367.92 owed to Florida Department of Revenue**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:
      i. **The Debtor estimates the secured claim of Iberia Bank totals $4,221,557.73. Upon information and belief, Iberia Bank has a lien on the Real Property and the Debtor's cash collateral.**
      ii. **Upon information and belief, the only entity with a lien on the Debtor's cash collateral is Iberia Bank, which also has a lien on the Debtor's Real Property.**
      iii. **The Debtor estimates the secured claim of the City of Delray Beach totals $4,231,816.22 and has a lien on the Debtor's Real Property.**
      iv. **The Debtor estimates the secured lien of the US Small Business Administration totals $199,514.54 and has a lien on the Debtor's Real Property.**
      v. **Palm Beach County Tax Collector has a claim in the amount of $16,019.49 and $135,967.32 against the Debtor's Real Property for 2014 property taxes.**
      vi. **Palm Beach County Tax Collector has a claim for an undetermined amount against the Debtor's Real Property for 2015 property taxes.**

   c. Amount of unsecured non-priority claims: **$599,649.68**

9. General description and approximate value of the debtor's assets:
   a. **Real Property: Debtor has received appraisals ranging from $9,300,000 through $10,700,000.**
   b. **Checking Account No. ending 4321: $78,633.55**
   c. **Checking Account No. ending 0311: $27,938.58**
   d. **Prepaid Insurance: $34,007.28**
   e. **Amounts due from Related Parties: $2,861,239.56**
   f. **Customer Lists: $0**
   g. **Office Equipment & Furnishings: $9,115.00**
   h. **Machinery, Fixtures & Equipment: $8,650**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires. **The Debtor has the following policies:**

| Insurer | Type of Policy | Policy # | Extent of Coverage | Is the Premium Current? | Expiration Date of Policy |
|---|---|---|---|---|---|
| First Insurance Funding (Prepaid Insur) | Property Insurance | 900-132407 | | | |
| Security National Ins. Co. /North River Ins. | Liability Insurance | SES1105249 / 581-102951-4 | Gen. Liability – $1,000,000<br>Auto Liability – $1,000,000<br>Umbrella - $10,000,000 | Yes | 6/1/2015 |
| Security National Ins. Co. | General Liability Insurance | SES1105249 01 | General Liability - $2,000,000 | Yes | 6/1/2015 |
| Lloyds Contract Facilities | Commercial Property Insurance | AMR38053 | Comm. Prop Coverage – $13,292,370<br>Flood - $100,000<br>Wind/Hail - $100,000 | Yes | 6/1/2015 |

11. Number of employees and amounts of wages owed as of Petition Date: **As of the Petition Date, the Debtor had nine (9) employees and the aggregate wages owed to the employees as of the Petition Date totaled $4,628.40.**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **The Debtor's prepetition payroll tax obligations total $734.15 and the Debtor's prepetition sales tax obligations total $0.00.**

13. Anticipated relief to be requested within 14 days from the petition date:

    (i)    **Application to Employ Shraiberg, Ferrara & Landau, P.A. as General Bankruptcy Counsel.**
    (ii)   **Motion for Authority to Use Cash Collateral.**
    (iii)  **Motion for Authority to Pay Prepetition Wage Obligations.**

14. Ownership structure of the Debtor: **Florida limited partnership**

                                      AUBURN TRACE, LTD.

                              By: _____
                                  Brian J. Hinners, President of Auburn Trace
                                  Joint Venture

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 12th day of January, 2015.

    Respectfully Submitted,

    **SHRAIBERG, FERRARA & LANDAU, P.A.**
    Proposed Attorneys for the Debtor
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email: bshraiberg@sfl-pa.com

    By:  /s/ Bradley S. Shraiberg
        Bradley S. Shraiberg, Esq.
        Florida Bar. No. 121622