

**ORDERED in the Southern District of Florida on September 16, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                              CASE NO. 15-10317-PGH
                                                    CHAPTER 11
AUBURN TRACE, LTD.,

       Debtor.
_____/

**ORDER GRANTING IN PART, THE CITY OF DELRAY BEACH'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY [ECF NO 154]**

THIS MATTER came before the Court for hearing on September 11, 2015 at 9:30 a.m., in West Palm Beach, Florida upon *City of Delray Beach's Motion for Relief From Stay* [ECF NO 154] (the "**Motion**") filed by the City of Delray Beach ("**Delray**"), and the *Memorandum In Opposition* [ECF NO 161] filed by the Debtor (the "**Response**"), the Court having reviewed the Motion and Response, having heard argument of counsel and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion is GRANTED in Part, to the extent set forth herein.

2.    The automatic stay provided by 11 U.S.C. §362(d) is hereby modified and

1

Delray shall have relief, effective October 2, 2015, to foreclose on its First Mortgage and Second Mortgage on the Debtor's real property located at:

> Tract C of the Plat of AUBURN TRACE, according to the Plat thereof on file in the office of the Clerk of the Circuit court in and for Palm Beach County, Florida, recorded in Plat Book 64, 184, Public Records of Palm Beach County, Florida.
> a/k/a 625 Auburn Circle West, Delray Beach, Florida 33344

with such relief from stay limited for the purpose of allowing Delray to prosecute the foreclosure on both the first mortgage and the second mortgage, to Final Judgment.

      3.    Delray shall not proceed to sale of the property without further order of this Court.

###

Submitted by:

Robert C. Furr, Esq.
FURR AND COHEN, P.A.
*Attorneys for Creditor City of Delray.*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
(561) 395-0500 /(561) 338-7532 fax
FL Bar No.: 210854
E-mail: rfurr@furrcohen.com

*Upon receipt of a signed copy of this order, Robert C. Furr, shall serve a copy of the order on all required parties and file a certificate of service with the Court.*