

**ORDERED in the Southern District of Florida on September 17, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | |
| AUBURN TRACE, LTD. | Chapter 11 |
| Debtor. | Case No.: 15-10317-PGH |
| _____/ | |

**ORDER GRANTING MOTION TO EXTEND DEBTOR-IN POSSESSION'S
AUTHORITY TO USE CASH COLLATERAL**

**THIS MATTER** came before the Court for hearing on September 9, 2015 upon Auburn Trace, Ltd.'s (the "**Debtor**") *Motion to Extend Debtor-in-Possession's Authority to Use Cash Collateral* (the "**Motion**") [ECF No. 138]. Having reviewed the Motion, hearing argument of counsel, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED** on an interim basis subject to a final hearing.

2. <u>Use of Cash Collateral</u>. The Debtor is authorized to use cash collateral as defined in Section 363(a) of the Bankruptcy Code on an interim basis to pay in the ordinary course of its business for the purposes contained in the budget attached as **Exhibit "A"** (the "**Budget**") until November 17, 2015 at 5:00 p.m., unless extended by further order of this Court. The Debtor is also authorized: (i) exceed any line item on the Budget by an amount equal to ten percent (10%)

of each such line item; or (ii) to exceed any line item by more than ten percent (10%) so long as the total of all amounts in excess of all line items for the Budget do not exceed ten percent (10%) in the aggregate of the total Budget.

3. <u>Replacement Liens as Adequate Protection to The City of Delray Beach</u>.[1] Notwithstanding the provisions of Section 552(a) of the Bankruptcy Code, and in addition to the security interests preserved by Section 552(b) of the Bankruptcy Code, as adequate protection, <u>The City of Delray Beach</u> are granted, pursuant to Sections 361, 362 and 363 of the Bankruptcy Code, as security for all indebtedness that is owed by the Debtor to <u>The City of Delray Beach</u> under their respective secured documentation, but only to the extent that <u>The City of Delray Beach's</u> cash collateral is used by the Debtor, a first priority post-petition security interest and lien in, to and against all of the Debtor's assets, to the same extent that <u>The City of Delray Beach</u> held a properly perfected prepetition security interest in such assets, which are or have been acquired, generated or received by the Debtor subsequent to the Petition Date (the "**Replacement Liens**").  The Replacement Liens shall be in addition to all prepetition liens and security interests held by <u>The City of Delray Beach</u>.  The Replacement Liens shall be deemed fully perfected and enforceable upon entry of this Order and <u>The City of Delray Beach</u> shall not be required to file or serve any financing statements or notices, or take any further action, which otherwise may be required by state of federal law to validate or perfect such Replacement Liens.  Under no circumstances shall <u>The City of Delray Beach</u> have a lien on any type of the Debtor's assets that it did not have a right to prepetition.

4. <u>Adequate Protection Payments</u>: As additional adequate protection, the Debtor shall make monthly payments of $30,000 to The City of Delray Beach on account of its first position

---

[1] Iberiabank transferred its claim to The City of Delray Beach on June 11, 2015 [ECF No. 100].  The City of Delray Beach is the first mortgage holder and second mortgage holder.

mortgage commencing within five (5) business days of this Order becoming final and non-appealable.

5. <u>Creditor Not Deemed Owner or Operator</u>: Solely by agreeing to the use of cash collateral by the Debtor <u>and The City of Delray Beach</u> shall not be deemed to have assumed any liability to any third person, and shall not be deemed to be in control of the operations of the Debtor or to be acting as a "responsible person" or "owner or operator" with respect to the operation or management of the Debtor or of its assets.

6. <u>Non-Waiver of Rights and Remedies</u>. This Order is not intended to and shall not prejudice, alter, affect or waive any rights and/or remedies of the Debtor or<u> The City of Delray Beach</u> with respect to liens, claims and all other matters pertaining to this bankruptcy proceeding (including, but not limited to, all matters pertaining to cash and other collateral) and does not bind any subsequently appointed trustee or committee. The City of Delray Beach asserts it has a lien on the Debtor's rents and explicitly preserves its right to object to the Debtor's continued use of cash collateral at the next interim hearing and/or final hearing on same.

7. <u>Duration</u>. The provisions of this Order shall remain in effect until further Order of this Court.

8. <u>The Debtor shall file an additional motion to use cash collateral beyond November 17, 2015</u>.

###

**SUBMITTED BY:**
Bradley S. Shraiberg, Esq.
Shraiberg, Ferrara & Landau, P.A.
Counsel for Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

<u>Copy to</u>: Bradley S. Shraiberg, Esq., 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431.
[Attorney Shraiberg is directed to serve a copy of this Order upon all interested parties.]

# EXHIBIT A

## 2015 BUDGET FOR

Run Date: 7/24/15 11:05 AM

| ACCT # | ACCT NAME | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|
| 5120 | Scheduled Rents | 125,369 | 125,369 | 125,369 | 125,369 | 501,476 |
| 5122 | Housing Authority | 11,371 | 11,371 | 11,371 | 11,371 | 45,484 |
|  | **Total Gross Potential Rent** | 136,740 | 136,740 | 136,740 | 136,740 | 546,960 |
|  |  |  |  |  |  |  |
| 5220 | Vacancy | 4,102 | 4,102 | 4,102 | 4,102 | 16,408 |
| 6252 | Concessions - Over/Under | 3,065 | 2,720 | 2,420 | 2,100 | 10,305 |
| 6253 | Concessions - Move-In | 50 | 50 | 50 | 50 | 200 |
|  | **Total Reductions to Rent** | 7,217 | 6,872 | 6,572 | 6,252 | 26,913 |
|  |  |  |  |  |  |  |
|  | **NET** Potential Rent | 129,523 | 129,868 | 130,168 | 130,488 | 520,047 |
|  |  |  |  |  |  |  |
| 5140 | Commercial Rent | 7,760 | 7,760 | 7,760 | 7,760 | 31,040 |
|  | **Total Commercial Rent** | 7,760 | 7,760 | 7,760 | 7,760 | 31,040 |
|  |  |  |  |  |  |  |
| 5910 | Laundry Income | 2100 | 2100 | 2100 | 2100 | 8,400 |
| 5911 | Vending Income | 0 | 0 | 0 | 0 | 0 |
| 5912 | Gate Card Sales | 0 | 0 | 0 | 0 | 0 |
| 5920 | Late Charges | 950 | 950 | 950 | 950 | 3,800 |
| 5925 | NSF Charges | 0 | 0 | 0 | 0 | 0 |
| 5930 | Damages | 550 | 550 | 550 | 550 | 2,200 |
| 5991 | Application Fees | 580 | 580 | 580 | 580 | 2,320 |
| 5993 | Pet Fees | 60 | 60 | 60 | 60 | 240 |
| 5996 | Trash Pick Up | 50 | 0 | 50 | 0 | 50 |
| 5997 | Special Requests | 0 | 0 | 0 | 0 | 0 |
| 5998 | Transfer Fees |  |  | 0 | 0 | 0 |
| 5999 | Lease Termination Fees | 0 | 0 | 500 | 0 | 500 |
|  | **Total Rental Income** | 4,290 | 4,240 | 4,790 | 4,240 | 17,510 |
|  |  |  |  |  |  |  |
| 5420 | Interest Earned-Other | 0 | 0 | 0 | 0 | 0 |
| 5430 | Interest Earned-Escrow | 0 | 0 | 0 | 0 | 0 |
|  | **Total Other Income** | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  |
|  | **TOTAL INCOME** | 141,573 | 141,868 | 142,718 | 142,488 | 568,647 |

## 2015 BUDGET FOR

Run Date: 7/24/15 11:05 AM

| ACCT # | ACCT NAME | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|
| 6210 | Advertising | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| 6250 | Misc Selling & Renting | 1,180 | 1,180 | 1,180 | 1,180 | 4,720 |
| 6251 | Comm - Realtors/Residents | 0 | 500 | 0 | 0 | 500 |
|  | **Total Selling & Renting** | 2,180 | 2,680 | 2,180 | 2,180 | 9,220 |
| 6300 | Community Facilities | 0 | 150 | 0 | 400 | 550 |
| 6310 | Office Contract | 0 | 0 | 0 | 0 | 0 |
| 6311 | Office Supplies & Expense | 1200 | 1200 | 1200 | 1200 | 4,800 |
| 6315 | Computer Expense | 50 | 50 | 50 | 50 | 200 |
| 6320 | Management Fees 6% | 8,611 | 8,628 | 8,679 | 8,666 | 34,584 |
| 6321 | Leasing Salaries | 3,425 | 3,425 | 3,425 | 3,425 | 13,700 |
| 6322 | Permits & Licenses | 25 | 230 | 0 | 0 | 255 |
| 6323 | Leasing Agent's Apartment | 0 | 0 | 0 | 0 | 0 |
| 6325 | Travel Expense | 0 | 0 | 0 | 0 | 0 |
| 6330 | Manager's Salary | 5,420 | 5,420 | 5,420 | 5,420 | 21,680 |
| 6331 | Manager's Apartment | 0 | 0 | 0 | 0 | 0 |
| 6335 | Consultant Fees | 150 | 150 | 150 | 150 | 600 |
| 6340 | Legal | 0 | 0 | 0 | 0 | 0 |
| 6341 | Legal Collection | 0 | 0 | 0 | 0 | 0 |
| 6350 | Accounting & Auditing | 0 | 0 | 0 | 0 | 0 |
| 6351 | Bookkeeping Fees | 600 | 600 | 600 | 600 | 2,400 |
| 6352 | Payroll Tax-WC-Fees | 3175 | 3175 | 3175 | 3175 | 12,700 |
| 6360 | Telephone | 950 | 950 | 950 | 950 | 3,800 |
| 6370 | Bad Debt | 2500 | 0 | 0 | 2500 | 5,000 |
| 6380 | Employee Benefits | 2135 | 2135 | 2135 | 2135 | 8,540 |
| 6392 | Bank Charges | 10 | 10 | 10 | 10 | 40 |
| 6396 | Monitoring Agent Fee | 350 | 350 | 350 | 350 | 1,400 |
|  | US Trustee Quarterly Fee | 1625 | 1625 | 1625 | 1625 | 6,500 |
| 6398 | Sales Tax - Commercial | 375 | 375 | 375 | 375 | 1,500 |
|  | **Total Administrative** | 30,601 | 28,473 | 28,144 | 31,031 | 118,249 |
| 5994 | Cable TV Income | 4,450 | 4,450 | 4,450 | 4,450 | 17,800 |
| 6410 | Cable TV Expense | 2,261 | 2,261 | 2,261 | 2,261 | 9,044 |
|  | **Total Cable** | -2,189 | -2,189 | -2,189 | -2,189 | -8,756 |
| 6440 | Electric - Vacant | 200 | 200 | 200 | 200 | 800 |
| 6450 | Electric | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| 6451 | Water & Sewer | 8,145 | 8,145 | 8,145 | 8,145 | 32,580 |
| 6452 | Gas | 0 | 0 | 0 | 0 | 0 |
|  | **Total Utilities** | 11,345 | 11,345 | 11,345 | 11,345 | 45,380 |

## 2015 BUDGET FOR

Run Date: 7/24/15 11:05 AM

| ACCT # | ACCT NAME | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---:|---:|---:|---:|---:|
| 6420 | Sec/Med Expense | 0 | 0 | 135 | 0 | 135 |
| 6515 | Janitor Supplies | 175 | 175 | 175 | 175 | 700 |
| 6517 | Janitor Contract | 0 | 0 | 0 | 0 | 0 |
| 6520 | Extermination | 640 | 640 | 640 | 640 | 2,560 |
| 6525 | Rubbish Removal | 1,850 | 1,850 | 1,850 | 1,850 | 7,400 |
| 6531 | Prot Supp/Gate Repair | 0 | 0 | 0 | 0 | 0 |
| 6532 | Protection Contract | 2250 | 2250 | 2250 | 2250 | 9,000 |
| 6533 | Protection - Fire | 3000 | 100 | 100 | 100 | 3,300 |
| 6534 | Protection - Hurricane | 0 | 0 | 0 | 0 | 0 |
|  | **Total Other Operating** | 7,915 | 5,015 | 5,150 | 5,015 | 23,095 |
| 6536 | Grounds Supplies | 60 | 60 | 60 | 60 | 240 |
| 6537 | Grounds Contract | 4,450 | 4,450 | 4,450 | 4,450 | 17,800 |
| 6540 | Maintenance Payroll | 10,685 | 10,685 | 10,685 | 10,685 | 42,740 |
| 6541 | Repairs - Maint/Supplies | 200 | 200 | 200 | 200 | 800 |
| 6542 | Repairs - Contracts | 0 | 0 | 0 | 0 | 0 |
| 6543 | Special Labor | 0 | 0 | 0 | 0 | 0 |
| 6544 | Roofs & Structures | 0 | 0 | 0 | 0 | 0 |
| 6546 | Repairs - A/C | 700 | 700 | 700 | 900 | 3,000 |
| 6547 | Pool Expense | 0 | 0 | 0 | 0 | 0 |
| 6560 | Painting Contract | 750 | 750 | 750 | 750 | 3,000 |
| 6561 | Painting Supplies | 450 | 450 | 450 | 450 | 1,800 |
| 6563 | Verticles Blinds | 70 | 70 | 70 | 70 | 280 |
| 6572 | Laundry Expense | 60 | 60 | 60 | 60 | 240 |
| 6580 | Repairs - Windows | 50 | 50 | 50 | 50 | 200 |
| 6581 | Repairs - Electric | 260 | 260 | 260 | 260 | 1,040 |
| 6582 | Repairs - Plumbing | 845 | 845 | 845 | 845 | 3,380 |
| 6585 | Repairs - Appliances | 425 | 425 | 425 | 425 | 1,700 |
| 6586 | Repairs - Carpet/Floors | 385 | 385 | 385 | 385 | 1,540 |
| 6588 | Repairs - Locks | 55 | 55 | 55 | 55 | 220 |
| 6589 | Repairs - Golf Carts | 60 | 60 | 60 | 60 | 240 |
|  | **Total Repairs & Maintenance** | 19,505 | 19,505 | 19,505 | 19,705 | 78,220 |
| 7110 | Replacement - Appliances | 500 | 0 | 0 | 500 | 1,000 |
| 7120 | Replacement - HVAC | 750 | 0 | 0 | 750 | 1,500 |
| 7130 | Replacement - Carpet/Floors | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 |
| 7140 | Replacement - Windows/Doors | 0 | 0 | 250 | 0 | 250 |
| 7150 | Replacement - Landscaping | 2500 | 0 | 0 | 0 | 2,500 |
| 7160 | Replacement - Cabinets | 0 | 200 | 0 | 0 | 200 |

## 2015 BUDGET FOR

Run Date: 7/24/15 11:05 AM

| ACCT # | ACCT NAME | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|
| 7170 | Replacement - Pool/Spa | 0 | 0 | 0 | 0 | 0 |
| 7180 | Replacement - Painting | 0 | 0 | 0 | 0 | 0 |
| 7185 | Replacement - Youthland | 0 | 0 | 0 | 0 | 0 |
| 7190 | Replacement - Misc | 0 | 0 | 0 | 0 | 0 |
|  | **Total Replacement Expense** | 5,250 | 1,700 | 1,750 | 2,750 | 11,450 |
|  |  |  |  |  |  |  |
| 6790 | Family Company Adjustment | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  |
| 6710 | Real Estate Taxes | 13,310 | 13,310 | 13,310 | 13,310 | 53,240 |
| 6712 | Personal Property Taxes | 274 | 274 | 274 | 274 | 1,096 |
| 6719 | Misc Taxes | 0 | 0 | 0 | 0 | 0 |
| 6720 | Property Insurance | 15,253 | 15,253 | 15,253 | 15,253 | 61,011 |
| 6730 | Mortgage Insurance Expense | 0 | 0 | 0 | 0 | 15,253 |
|  | **Total Taxes & Insurance** | 28,837 | 28,837 | 28,837 | 28,837 | 115,347 |
|  |  |  |  |  |  |  |
|  | **Expenses Before Financial** | 103,443 | 95,366 | 94,722 | 98,673 | 392,205 |
|  |  |  |  |  |  |  |
|  | **NET OPERATING INCOME** | 38,130 | 46,502 | 47,996 | 43,815 | 176,442 |
|  |  |  |  |  |  |  |
| 2321 | Principal Paymt-1st Mortgage |  |  |  |  | 0 |
| 6820 | Interest on 1st Mortgage |  |  |  |  | 0 |
| 6821 | Interest on PB Cty - 3% | 0 | 0 | 0 | 0 | 0 |
| 6822 | Interest on SAIL - 3% | 0 | 0 | 0 | 0 | 0 |
| 6824 | Interest on UDAG | 0 | 0 | 0 | 0 | 0 |
| 6826 | Interest on $79K PB Cty | 0 | 0 | 0 | 0 | 0 |
| 6828 | Accrued Int SAIL @ 1-1/2% | 0 | 0 | 0 | 0 | 0 |
| 6829 | Accrued Int PB Cty @ 1-1/2% | 0 | 0 | 0 | 0 | 0 |
| 6848 | Interest on 3rd Mortgage | 0 | 0 | 0 | 0 | 0 |
|  | **Total Debt Service** | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  |
| 6318 | Asset Mgmt Fee | 0 | 0 | 0 | 0 | 0 |
| 6319 | Supervisory Mgmt Fee | 0 | 0 | 0 | 0 | 0 |
| 6393 | Investor Servicing Fee | 0 | 0 | 0 | 0 | 0 |
| 6819 | Bond Fees | 0 | 0 | 0 | 0 | 0 |
| 6823 | Incentive Mgmt Fee | 0 | 0 | 0 | 0 | 0 |

## 2015 BUDGET FOR

Run Date: 7/24/15 11:05 AM

| ACCT # | ACCT NAME | SEPT | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|
| 6827 | Ltd Partner Reimbursement | 0 | 0 | 0 | 0 | 0 |
| 6830 | Interest Expense - Other | 0 | 0 | 0 | 0 | 0 |
| 6831 | Interest Expense - The Hamlet | 0 | 0 | 0 | 0 | 0 |
| 6851 | Interest Development Fees | 0 | 0 | 0 | 0 | 0 |
| 6890 | Misc Financial | 0 | 0 | 0 | 0 | 0 |
| 6898 | Bond Management | 0 | 0 | 0 | 0 | 0 |
|  | **Total Financial Expense** | 0 | 0 | 0 | 0 | 0 |
|  | **CASH FLOW** | 38,130 | 46,502 | 47,996 | 43,815 | 176,442 |
| 2321 | Less Prin Paymt-1st Mortg | 0 | 0 | 0 | 0 | 0 |
|  | **TOTAL EXPENSES** | 103,443 | 95,366 | 94,722 | 98,673 | 392,205 |
|  | **NET INCOME (LOSS)** | 38,130 | 46,502 | 47,996 | 43,815 | 176,442 |